(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

PERRY R. SILVERMAN

**Plaintiff(s)**                                         **Case No.**

**vs.**

I.C. SYSTEM, INC.

**Defendants(s)**

**APPLICATION/ MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
(IN FORMA PAUPERIS)
AND AFFIDAVIT IN SUPPORT THEREOF**

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested.  No application will be considered until it is fully completed.**

I. Are you employed?  Yes __X__  No ____
   A. If you answered "Yes":
     (1) What is the name and address of your employer
       Self-employed

     (2) How much do you earn per month?
       $1,600

   B. If you answered "No"
     (1) Have you ever been employed?  Yes ____  No ____
     If yes, what was the last year and month you were employed? _____
     How much did you earn a month? _____

II. What is your marital status?
   Single ____  Married __X__  Widowed ____  Divorced ____
   A. If you answered "Married":
     (1) Is your spouse employed?  Yes __X__  No ____
     If yes, how much does your spouse earn each month?
       $ 2,602

III. Do you have any dependents?  Yes ____  No __X__
   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?  Yes __X__  No ____
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| Fitrakis & Gadell-Newton | $ 20,800 |  | $ |
| Social Security | $ 10,260 |  | $ |
|  | $ |  | $ |

**V. Do you have any cash on hand or money in a savings, checking, or other account?**
   Yes __X__     No ____

   A. If you answered "Yes", state the combined total amount:
      $ __50_____.

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**
   Yes ____     No __X__
   A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Toyota Motor Credit | $ 271 | Hastings Mut. Auto Ins. | $ 145 |
| Toyota Motor Credit | $ 165 | Anthem Blue Cross | $ 108 |
| Navient (Student Loan) | $ 216 | American Electric Power | $ 150 |
| FedLoan (Student Loan) | $ 268 | AT&T (Phones, TV, Internet) | $ 403 |
| Lowe's | $ 112 | AWHR (Water Heater) | $ 18 |
| Kohl's | $ 40 | Rent | $ 1,200 |
| Kohl's | $ 101 | City of Columbus (Water) | $ 60 |
| Loft | $ 88 | Gasoline | $ 200 |
| | | ~~Discover Card~~ | ~~$ 211~~ |
| Medical | $ 350 | Pharmacy | $150 |
| Columbia Gas | $ 59 | | |

**VIII. State your address and telephone number where the Court can reach you.**
   1681 Woodbluff Drive, Powell, OH 43065
   (614) 329-1065

I declare under penalty of perjury that the above information is true and correct.

_____     _____
       **Date**                    **Signature of Applicant**