AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**PERRY R. SILVERMAN,**

       **Plaintiff,**

       **JUDGMENT IN A CIVIL CASE**

  v.

       **CASE NO. 2:18-cv-1281**
       **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**I.C. SYSTEM, INC.**        **MAGISTRATE JUDGE KIMBERLY A. JOLSON**

       **Defendant.**

\_\_\_\_ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Order filed November 27, 2018 the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 5), Overrrules Plaintiff's Objection (ECF No. 7), Denies Plaintiff's Motion for Leave to Proceed in Forma Pauperis (ECF No. 4), and Denies as Moot Plaintiff's prior Motion for Leave to Proceed in Forma Pauperis (ECF No. 2)**

Date:  November 27, 2018                 RICHARD W. NAGEL, CLERK

                                             */S/ Christin Werner*
                                             (By) Christin Werner
                                             Courtroom Deputy Clerk