IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PERRY R. SILVERMAN,

    Plaintiff,

v.

    Case No. 2:18-cv-1281
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Kimberly A. Jolson

I.C. SYSTEM, INC.,

    Defendant.

## ORDER

The Court hereby **VACATES** the Judgment that was entered on November 27, 2018 (ECF No. 10). The Clerk is **DIRCETED** to reopen this case.

**IT IS SO ORDERED.**

11-27-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE