**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**PERRY R SILVERMAN,**

    **Plaintiff**

    vs.                                    Civil Action 2:18-cv-1281
                                                   Chief Judge Edmund A. Sargus, Jr.
                                                   Magistrate Judge Jolson

**I.C. SYSTEM, INC.,**

    **Defendant.**

**NOTICE**

**PROCEEDING:**       **PRELIMINARY PRETRIAL CONFERENCE**

**PLACE:**                **ROOM 235**
                         Jos. P. Kinneary U.S. Courthouse
                         85 Marconi Blvd., R-235
                         Columbus, OH 43215

**DATE/TIME:**         **March 7, 2019 @ 2:00 p.m.**

**PLEASE NOTE:**

    1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov. Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only)."

    2. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

    3. The conference may be conducted by telephone if all parties agree to participate by telephone. To initiate the conference, counsel are directed to join together on one line and then call the Court at 614-719-3470 or provide the Court with a call-in number. Prior to the scheduled date and time, counsel must inform the Court that the conference will be by telephone, and shall designate the person responsible for initiating the call or provide the call-in number.

    4. Parties or principals represented by counsel are welcome, but not required, to attend the conference. Individuals not represented by counsel must participate.

    5. Questions or concerns should be directed to chambers at 614-719-3470.

February 19, 2019                                                     *s/Jessica Rector*
                                                                           Jessica Rector, Courtroom Deputy to
                                                                            Magistrate Judge Kimberly A. Jolson